UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN STANSBURY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROTHER INTERNATIONAL CORPORATION (USA), <br><br> Defendant. | Civil Action No. 06-4907 (FLW) <br><br> ORDER |
| JAMES MCFADDEN, <br><br> Plaintiffs, <br><br> v. <br><br> BROTHER INTERNATIONAL CORPORATION, et al., <br><br> Defendants. | Civil Action No. 07-1905 (FLW) <br><br> ORDER |

RECEIVED
OCT 2 3 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

This matter having been opened to the Court upon Defendant Brother International Corporation's (USA) ("BIC") motions for reconsideration of the Court's June 29, 2009 Letter Order [Docket Entry No. 88 in 06-4907 and Docket Entry No. 53 in 07-1905]; and Plaintiffs having opposed BIC's motions; and the Court having fully considered the parties' submissions; and the Court having considered this matter pursuant to FED.R.CIV.P. 78; and for the reasons stated in the Court's Memorandum Opinion accompanying this Order, and for good cause shown,

IT IS on this 23rd day of October, 2009,

ORDERED that BIC's motions for reconsideration are DENIED; and it is further

ORDERED that the Clerk of the Court terminate these motions [Docket Entry No. 88 in 06-4907 and Docket Entry No. 53 in 07-1905] accordingly.

_____
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**