**FOR PUBLICATION [125, 134]**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK MANISCALCO, <u>et al.</u>, | |
| Plaintiffs, | Civil Action No. 3:06-CV-04907 (FLW) |
| v. | |
| | ORDER |
| BROTHER INTERNATIONAL CORPORATION (USA), | |
| Defendant. | |

This matter having been opened to the Court on a Motion for Summary Judgment by Defendant Brother International Corporation ("BIC" or "Defendant") as well as on a Motion to Strike Portions of Defendant's Reply by Plaintiffs Mark Maniscalco ("Mr. Maniscalco") and Walter Huryk ("Mr. Huryk")(collectively "Plaintiffs")[1]; the Court having considered the Motion for Summary Judgment pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion filed on this date; and for good cause shown;

**IT IS** on this 24th day of June, 2011,

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that this case is **CLOSED.**

        /s/ Freda L. Wolfson
        Honorable Freda L. Wolfson
        United States District Judge

---

[1] As discussed in the Opinion, because this Court is dismissing Plaintiffs' Complaint on the grounds that New Jersey law does not apply, the Court did not reach the merits of Plaintiffs' Motion to Strike.