UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3032
_____

MARK MANISCALCO*; WALTER HURYK, on behalf of themselves
and all others similarly situated

v.

BROTHER INTERNATIONAL (USA) CORPORATION

Walter Huryk,
　　　　　　Appellant

*Dismissed pursuant to USCA Order
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civil No. 06-cv-04907)
District Judge:  Honorable Freda L. Wolfson
_____

Argued:  January 16, 2013
_____

Before: SMITH, CHAGARES and BARRY, Circuit Judges

_____

JUDGMENT
_____

　　This cause came to be heard on appeal from the United States District Court for the District of New Jersey and was argued on January 16, 2013.

　　After consideration of all the contentions raised, it is

1

2

ADJUDGED and ORDERED that the order of the District Court be and hereby is affirmed.  Costs taxed against appellant.  All in accordance with the Opinion of the Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated:   March 08, 2013